**461** KABAT ET AL. vs. CIRCUIT JUDGE (Bay), No. 16141.

To require respondent to admit relators, who are charged with contempt in the violation of an injunction, to bail.

Denied March 9, 1897.

It appeared that on the day upon which the petition herein was filed, respondent had discharged one of the relators and continued the case of another, admitting him to bail, and on the next day the other relator was found guilty, sentenced to pay a fine and stand committed for five months and until the fine was paid, but not exceeding six months in all.

**462** MICHIGAN WASHING MACHINE COMPANY vs. CIRCUIT JUDGE (Kent), No. 11963½.

To compel respondent to issue an attachment against a witness for contempt.

Order to show cause denied May 5, 1891.

One Glidden was the patentee of a certain machine used by relator, and was instrumental in organizing the corporation. In consideration of certain stock he entered into an agreement to assign to relator his invention and all improvements he might thereafter make during his connection with the company. After that connection had ceased, Glidden applied for letters patent on certain improvements, and relator filed a bill to compel an assignment of the patent of such improvements, claiming that the improvement was made before he had severed his connection with the company.

Testimony was being taken before a commissioner, and Glidden refused to answer certain questions relating to the alleged new device, and the respondent refused to compel the witness to disclose the nature of his invention.